**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Betty L. Smith <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-12274 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC as Servicer for Wells Fargo Bank, N.A., as Trustee for Lake Country Mortgage Loan Trust 2006-HE1 and index same on the master mailing list.

     Respectfully submitted,

     **/s/ Rebecca A. Solarz, Esquire**
     Rebcecca A. Solarz, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322 FAX (215) 627-7734