United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-12274-ref
Betty L. Smith                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Aug 25, 2017
                   Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2017.
db         +Betty L. Smith,   1043 Washington Street,   Easton, PA 18042-4125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2017 at the address(es) listed below:
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JAMES RANDOLPH WOOD   on behalf of Creditor   City of Easton jwood@portnoffonline.com,
         jwood@ecf.inforuptcy.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
         Association bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Lake Country
         Mortgage Loan Trust 2006-HE1 bkgroup@kmllawgroup.com
        SCOTT M. WILHELM   on behalf of Debtor Betty L. Smith AshleyA@wwgrlaw.com,
         G27019@notify.cincompass.com
        THOMAS I. PULEO   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Betty L. Smith<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Wells Fargo Bank, N.A.., as Trustee for Lake Country Mortgage Loan Trust 2006-HE1, as Servicer with delegated authority for the trustee<br>　　　　　　Movant<br>　　vs. | NO. 17-12274 REF |
| Betty L. Smith<br>　　　　　　Debtor(s) | 11 U.S.C. Section 362 and 1301 |
| Willie Brown<br>　　　　　　Co-Debtor(s) | |
| Frederick L. Reigle<br>　　　　　　Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 1043 Washington Street, Easton, PA 18042 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 25, 2017**

United States Bankruptcy Judge.

Betty L. Smith
1043 Washington Street
Easton, PA 18042

Willie Brown
1043 Washington Street
Easton, PA 18042

SCOTT M. WILHELM
305 Roseberry Street,
P.O. Box 800
Phillipsburg, NJ 08865

Frederick L. Reigle
2901 St. Lawrence Ave
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532