**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ 08865
Phone - (908) 454-3200
Fax - (908)454-3322
AshleyA@wwgrlaw.com
Attorneys for Debtors

UNITED STATES BANKRUPTCY C O U R T
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Betty L. Smith

CHAPTER 13
Case No.  17-12274 (REF)

## NOTICE OF CONVERSION OF CASE

PLEASE TAKE NOTICE THAT, the Debtor, Betty L. Smith, hereby converts her Chapter 13 case to a Chapter 7 case in accordance with 11 U.S.C. §1307(a) and L.B.R. 1017(f), effective the date of the filing.

Respectfully Submitted,

/s/: Scott M. Wilhelm, Esq.
Scott M. Wilhelm, Esq.
Attorney for Debtor

Date: October 3, 2017