United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 17-12274-ref
Betty L. Smith                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                Page 1 of 2              Date Rcvd: Oct 04, 2017
                              Form ID: 210U             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db            +Betty L. Smith,    1043 Washington Street,    Easton, PA 18042-4125
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
13893316      +City of Easton,    123 South 3rd Street,    Easton, PA 18042-4727
13937737      +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13940956      +City of Easton,    c/o James R. Wood, Esq.,    2700 Horizon Drive, Suite 100,
                King of Prussia, PA 19406-2726
13952939      +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13893319      +MGD,   3422 Old Capital Trail,    PMB# 1993,    Wilmington, DE 19808-6124
13984954      +SANDPOINT CAPITAL,    Williamson and Brown, LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13956284      +Wells Fargo Bank, NA,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13893320      +Willie Brown,    1043 Washington Street,    Easton, PA 18042-4125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Oct 05 2017 01:27:37     Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2017 01:27:41     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2017 01:46:41      Orion,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13985146       E-mail/Text: peritus@ebn.phinsolutions.com Oct 05 2017 01:28:04
                Complete Credit Solutions c/o Peritus Portfolio,    P.O. Box 141419,    Irving, TX 75014-1419
13893317      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2017 01:27:14     Ditech,    P.O. Box 6172,
                Rapid City, SD 57709-6172
13911168       E-mail/Text: lisa@galwayfinancialservices.com Oct 05 2017 01:28:04
                GALWAY FINANCIAL SERVICES LLC,    1290 W. SPRING ST. SE. SUITE 270,    SMYRNA, GA 30080-3690
13893318       E-mail/Text: cio.bncmail@irs.gov Oct 05 2017 01:27:11     IRS,    P.O. Box 7346,
                Philadelphia, PA  19101-7346
13895327      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2017 01:29:42
                Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
13927878       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:27:29
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
13899212      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2017 01:47:05     Spot Loan,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13953363       E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2017 01:27:14
                Wells Fargo Bank, N.A., as Trustee on behalf of La,    c/o Ditech Financial LLC,    PO Box 6154,
                Rapid City, SD 57709-6154
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*           +Spot Loan by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
13895328*     +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                  Page 2 of 2                   Date Rcvd: Oct 04, 2017
                              Form ID: 210U               Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:
```
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   City of Easton jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Lake Country
           Mortgage Loan Trust 2006-HE1 bkgroup@kmllawgroup.com
          SCOTT M. WILHELM    on behalf of Debtor Betty L. Smith AshleyA@wwgrlaw.com,
           G27019@notify.cincompass.com
          THOMAS I. PULEO    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Betty L. Smith                                                                                                                      Case No: 17−12274−ref

      Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

                                                            For The Court

Dated: 10/4/17

                                                            Timothy B. McGrath
                                                            Clerk of Court