```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 17-12274-ref
Betty L. Smith                                                      Chapter 13
                 Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa                 Page 1 of 2                  Date Rcvd: Oct 04, 2017
                              Form ID: pdf900            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db             +Betty L. Smith,    1043 Washington Street,    Easton, PA 18042-4125
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13893316       +City of Easton,    123 South 3rd Street,    Easton, PA 18042-4727
13937737       +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13940956       +City of Easton,    c/o James R. Wood, Esq.,    2700 Horizon Drive, Suite 100,
                 King of Prussia, PA 19406-2726
13952939       +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13893319       +MGD,   3422 Old Capital Trail,    PMB# 1993,    Wilmington, DE 19808-6124
13984954       +SANDPOINT CAPITAL,    Williamson and Brown, LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13956284       +Wells Fargo Bank, NA,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13893320       +Willie Brown,    1043 Washington Street,    Easton, PA 18042-4125
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Oct 05 2017 01:27:37      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2017 01:27:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2017 01:29:43       Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13985146        E-mail/Text: peritus@ebn.phinsolutions.com Oct 05 2017 01:28:04
                 Complete Credit Solutions c/o Peritus Portfolio,    P.O. Box 141419,    Irving, TX 75014-1419
13893317       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2017 01:27:14      Ditech,   P.O. Box 6172,
                 Rapid City, SD 57709-6172
13911168        E-mail/Text: lisa@galwayfinancialservices.com Oct 05 2017 01:28:04
                 GALWAY FINANCIAL SERVICES LLC,    1290 W. SPRING ST. SE. SUITE 270,    SMYRNA, GA 30080-3690
13893318       +E-mail/Text: cio.bncmail@irs.gov Oct 05 2017 01:27:09      IRS,   P.O. Box 7346,
                 Philadelphia, PA  19101-7346
13895327       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2017 01:46:54
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13927878        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:27:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
13899212       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 05 2017 01:47:06       Spot Loan,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13953363        E-mail/Text: bankruptcy.bnc@ditech.com Oct 05 2017 01:27:14
                 Wells Fargo Bank, N.A., as Trustee on behalf of La,    c/o Ditech Financial LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +Spot Loan by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
13895328*      +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                   Page 2 of 2                    Date Rcvd: Oct 04, 2017
                              Form ID: pdf900              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:

```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Lake Country
               Mortgage Loan Trust 2006-HE1 bkgroup@kmllawgroup.com
              SCOTT M. WILHELM    on behalf of Debtor Betty L. Smith AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**WINEGAR, WILHELM, GLYNN & ROEMERSMA, P.C.**
305 Roseberry Street
P.O. Box 800
Phillipsburg, NJ 08865
Phone - (908) 454-3200
Fax - (908)454-3322
AshleyA@wwgrlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY C O U R T**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Betty L. Smith

**CHAPTER 13**
Case No. 17-12274 (REF)

### NOTICE OF CONVERSION OF CASE

PLEASE TAKE NOTICE THAT, the Debtor, Betty L. Smith, hereby converts her Chapter 13 case to a Chapter 7 case in accordance with 11 U.S.C. §1307(a) and L.B.R. 1017(f), effective the date of the filing.

Respectfully Submitted,

/s/: Scott M. Wilhelm, Esq.
Scott M. Wilhelm, Esq.
Attorney for Debtor

Date: October 3, 2017