*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 7

Betty L. Smith                                                    : Case No. 17–12274–ref
     Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 10, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                         By The Court

                         Richard E. Fehling
                         Judge , United States Bankruptcy Court