United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-12274-ref
Betty L. Smith                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2               Date Rcvd: Jan 10, 2018
                              Form ID: 318            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2018.
```
db            +Betty L. Smith,    1043 Washington Street,    Easton, PA 18042-4125
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13893316      +City of Easton,    123 South 3rd Street,    Easton, PA 18042-4727
13940956      +City of Easton,    c/o James R. Wood, Esq.,    2700 Horizon Drive, Suite 100,
                King of Prussia, PA 19406-2726
13937737      +City of Easton,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13952939      +Ditech Financial LLC,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13893319      +MGD,   3422 Old Capital Trail,    PMB# 1993,    Wilmington, DE 19808-6124
13984954      +SANDPOINT CAPITAL,    Williamson and Brown, LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13956284      +Wells Fargo Bank, NA,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13893320      +Willie Brown,    1043 Washington Street,    Easton, PA 18042-4125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QDAEISENBERG.COM Jan 11 2018 02:03:00      DAVID ALAN EISENBERG,
                David A. Eisenberg, Esquire,    4167 Winchester Road,    Allentown, PA 18104-1951
smg           +E-mail/Text: robertsl2@dnb.com Jan 11 2018 02:15:06      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2018 02:15:10      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13985146       E-mail/Text: peritus@ebn.phinsolutions.com Jan 11 2018 02:15:28
                Complete Credit Solutions c/o Peritus Portfolio,     P.O. Box 141419,    Irving, TX 75014-1419
13893317      +E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2018 02:14:44      Ditech,    P.O. Box 6172,
                Rapid City, SD 57709-6172
13911168       E-mail/Text: lisa@galwayfinancialservices.com Jan 11 2018 02:15:28
                GALWAY FINANCIAL SERVICES LLC,    1290 W. SPRING ST. SE. SUITE 270,    SMYRNA, GA 30080-3690
13893318       EDI: IRS.COM Jan 11 2018 02:03:00      IRS,   P.O. Box 7346,    Philadelphia, PA  19101-7346
13895327      +EDI: PRA.COM Jan 11 2018 02:03:00      Orion Portfolio Services LLC,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13927878       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2018 02:14:49
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg PA 17128-0946
13899212      +EDI: AIS.COM Jan 11 2018 02:03:00      Spot Loan,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13953363       E-mail/Text: bankruptcy.bnc@ditech.com Jan 11 2018 02:14:44
                Wells Fargo Bank, N.A., as Trustee on behalf of La,    c/o Ditech Financial LLC,    PO Box 6154,
                Rapid City, SD 57709-6154
                                                                                               TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
13895328*     +Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                      TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                         Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                Page 2 of 2                  Date Rcvd: Jan 10, 2018
                              Form ID: 318              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              DAVID ALAN EISENBERG    trustee@eisenbergpc.com, deisenberg@ecf.epiqsystems.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   City of Easton jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee for Lake Country
               Mortgage Loan Trust 2006-HE1 bkgroup@kmllawgroup.com
              SCOTT M. WILHELM    on behalf of Debtor Betty L. Smith AshleyA@wwgrlaw.com,
               G27019@notify.cincompass.com
              THOMAS I. PULEO    on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Betty L. Smith** | Social Security number or ITIN **xxx–xx–8349** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17–12274–ref**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Betty L. Smith

1/10/18

**By the court:** <u>Richard E. Fehling</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                     **Order of Discharge**                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2